```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        *

      vs.                      *   CRIMINAL NO. MJG-03-0004

WARREN BLOUNT, et al.           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>BRIEFING SCHEDULE</u>

At the request of counsel, there shall be an opportunity to submit memoranda prior to the re-sentencing of Defendants Blount and Pierce.

Accordingly:

1. By September 26,[1] Defendants may submit a memorandum and shall advise whether they wish to be present at the re-sentencing hearing.

2. The Government may respond by October 27.

3. Defendants may file any reply by November 10.

4. Chambers will arrange mutually convenient scheduling for the re-sentencing.

SO ORDERED, on <u>Monday, August 11, 2008</u>.

                                                   / s /
                                        Marvin J. Garbis
                                 United States District Judge

---

[1] All date references herein are to the year 2008 unless otherwise indicated.